Writ of Habeas Corpus Dismissed, Opinion issued November 14 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01437-CV

---

### IN RE KIELLE MCNEAL, Relator

---

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F08-47896-L**

---

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice FitzGerald

Before the Court is relator's petition for habeas corpus complaining of ineffective assistance of counsel. The facts and issues are well known to the parties, so we need not recount them herein. This Court has no jurisdiction over habeas corpus proceedings in which the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2011). Accordingly, we **DISMISS** relator's petition for a writ of habeas corpus for want of jurisdiction.

KERRY P. FITZGERALD
JUSTICE